IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROBERT S. BETTIS,

       Plaintiff,

   v.

CAROLYN W. COLVIN,
Commissioner of Social Security,

       Defendant.

No. 6:13-cv-1623-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed Findings and Recommendations, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Because Plaintiff objects to the Findings and Recommendations, I have reviewed this matter de novo. 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F. 2d 1309, 1313 (9th Cir. 1981).

    I agree with the Findings and Recommendations that the Commissioner's decision to deny benefits is supported by substantial evidence.

1 - ORDER

## CONCLUSION

Magistrate Judge Clarke's Findings and Recommendations (#28) is adopted. The decision of the Commissioner is affirmed.

IT IS SO ORDERED.

DATED this **22** day of December, 2014.

*/s/ Owen M. Panner*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER